ORDER

The petitioner having failed to filed the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Nannette D. ORLOFF, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 05–3231.

United States Court of Appeals, Federal Circuit.

Oct. 3, 2005.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

**Charles E. WHITE, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3339.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2005.

Charles E. White, pro se.

ORDER

Petitioner having paid the initial docketing fee, and filed the required 15(c) Discrimination Statement, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.